IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CIT SMALL BUSINESS LENDING CORP., | ) ) ) | Case No. 4:10CV00021 |
| Plaintiff | ) ) | |
| v. | ) ) | **JUDGMENT** |
| PIERRE KAMGUIA, M.D., | ) ) | By: Jackson L. Kiser Senior United States District Judge |
| Defendant | ) | |

For the reasons explained in the Memorandum Opinion accompanying this Judgment, the Plaintiff's Second Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF IN THE AMOUNT OF $400,043.94 PLUS PER DIEM INTEREST OF $51.67** beginning on November 1st, 2010, **AND ATTORNEY'S FEES IN THE AMOUNT OF $22,100.26**. The Clerk is directed to dismiss this case from the docket.

ENTERED this 20th day of January, 2011.

                     s/Jackson L. Kiser
                     Senior United States District Judge